**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6774**

———————

FELIX M. HARDIN,

Plaintiff - Appellant,

versus

ROCK HILL CITY POLICE DEPARTMENT; CLYDE LONG,
Chief of Police; V. JETTER, Officer; OFFICER
GRANT,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., District
Judge.  (CA-97-1693-0-17-BD)

———————

Submitted:  November 19, 1998          Decided:  December 2, 1998

———————

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Felix M. Hardin, Appellant Pro Se.  David Leon Morrison, DAVIDSON,
MORRISON  &  LINDEMANN,  P.A.,  Columbia,  South  Carolina,  for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hardin v. Rock Hill City Police Department</u>, No. CA-97-1693-0-17-BD (D.S.C. April 15, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2